**FULL NAME:** Johnny L. Stills.

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Corcoran State Prism; P.O. Box 8800
Corcoran, CA 93212

**PRISON NUMBER (if applicable):** BF7536

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Johnny Stills

PLAINTIFF,

v.

California Department of corrections & Rehabilitation.

DEFENDANT(S).

**CASE NUMBER** 2:22-CV-00444-MWF-RAO

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff N/A

   Defendants _____

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Johnny Lee Stills__
                                                          (print plaintiff's name)
who presently resides at __California State Prison Corcoran__,
                          (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__California mun's colony S.P.__
   (institution/city where violation occurred)

on (date or dates) __11-29-19__ , _____ , _____ .
                               (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __California Department of corrections & Rehabilitation__ resides or works at
   (full name of first defendant)
   __office Fouts.__
   (full address of first defendant)
   __Sergeant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __over seeing the search.__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   __Sergeant.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __overseeing the search.__

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

Sgt Fout and 2 other officers conducted a search on me that was unnecessary, embarrasing, and degrading. Fout had 2 officers one was ~~Fri~~ss. Fairas and the other I don't know his name, forcefully strip me of my clothing while cuffed. I asked Fout if I could remove my clothes, to which he said "no." He states "I'm either going to take them off or cut them off myself, violating policy. Trias, takes my clothes off while still cuffed. Trias starts with my shoes then moves up taking off all my clothes. Then Fout orders me to bend over spread my cheeks and cough three times. This totally striped me of my dignity and I feel like I was a target due to being transgender.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Monetary Award no less than $250,000 for pain, suffering, and violation of civil Rights.

12-23-21
(Date)

*(Signature of Plaintiff)*

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date: APR 14 2020

In re: Johnny Stills, BF7536
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

TLR Case No.: 2001346     Local Log No.: CMC-19-03701

This matter was reviewed on behalf of the Secretary of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner T. Lee, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I  APPELLANT'S ARGUMENT:** It is the appellant's position that on November 29, 2019, Correctional Sergeant (Sgt.) D. Fouts, Correctional Officer (CO) A. Farias and CO J. Knowlton "forcefully" took the appellant's clothes off in order to conduct an unclothed body search. The appellant contends the search was embarrassing and outside of policy. The appellant asserts Sgt. Fouts took advantage of the appellant due to the appellant's gender status. The appellant requests the matter looked into.

**II  SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) identified and addressed the appellant's allegations of staff misconduct. The reviewer documented that an appropriate supervisory staff member was assigned to conduct an inquiry into this matter. The inquiry included a review of the evidence and an evaluation of any interview conducted. In order to determine the facts, the inquiry also included a review of pertinent documents, current policies, laws, and procedures. The SLR noted that all staff personnel matters are confidential in nature, and that the appellant would only be notified whether the actions of staff were or were not in compliance with policy. The SLR found that the staff did violate policy as alleged. The SLR partially granted the appeal in that an inquiry was conducted.

**III  THIRD LEVEL DECISION:** Appeal is denied.

   **A. FINDINGS:** Upon review of the documentation submitted, the Third Level of Review (TLR) finds that the appellant's allegations were appropriately reviewed and evaluated by administrative staff. The TLR notes that all staff personnel matters are confidential in nature and will not be disclosed to other staff, the inmate population, the general public, or the appellant. The appellant was informed that if the conduct of staff was determined to not be in compliance with policy, the institution would take the appropriate course of action. In this case, the SLR informed the appellant that an inquiry was completed and disclosed the determination of the inquiry to the appellant. The TLR reviewed the confidential inquiry and concurs with the determination of the SLR. The TLR notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation are beyond the scope of the appeals process. The TLR finds the institution's response complies with departmental policy, and the appellant's staff complaint allegations were properly addressed. Therefore, no further relief shall be afforded at the TLR.

   **B. BASIS FOR THE DECISION:**
   California Penal Code Section: 832.5, 832.7, 832.8
   California Code of Regulations, Title 15, Section: 3000, 3001, 3004, 3084.1, 3270, 3380, 3391

   **C. ORDER:** No changes or modifications are required by the institution.

JOHNNY STILLS, BF7536
CASE NO. 2001346
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

T. LEE, Appeals Examiner
Office of Appeals

cc:  Warden, CMC
     Appeals Coordinator, CMC

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1


2001346 BF7536

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|
| | **CMC-W 19 - 03701** | | |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First): Stills, Johnny  
CDC Number: BF7536  
Unit/Cell Number: 5-E-26"  
Assignment:

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):  
Staff misconduct, employee conduct

**CMC APPEALS OFFICE**  
**DEC 18 2019**

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On 11-29-19 Sgt Fout's and 2 other officers conducted a search on me that was unnecessarily embarrassing. Fout's had 2 officers one was Fairez and the other I do not know his name forcefully

B. Action requested (If you need more space, use Section B of the CDCR 602-A):  
I would like this matter looked into.

REC BY OO  
FEB - 3 2020

**Supporting Documents: Refer to CCR 3084.3.**  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _Johnny Stills_ Date Submitted: 12-9-19  
☑ By placing my initials in this box, I waive my right to receive an interview.

---

C. **First Level - Staff Use Only**  Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☐ Accepted at the First Level of Review.  
Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: ___ Interview Location: ___  
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ___  
See attached letter. If dissatisfied with First Level response, complete Section D.  
Interviewer: ___ Title: ___ Signature: ___ Date completed: ___  
 (Print Name)  
Reviewer: ___ Title: ___ Signature: ___  
 (Print Name)  
Date received by AC: ___

| AC Use Only |
| Date mailed/delivered to appellant ___ / ___ / ___ |

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

*[BYPASS written across section]*

Inmate/Parolee Signature: _____  Date Submitted: _____

**E. Second Level - Staff Use Only**  Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review
Assigned to: K. McQuaid   Title: AWWF   Date Assigned: DEC 2 3 2019   Date Due: FEB 0 3 2020

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 12/26/2019   Interview Location: Facility E Program Office
Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: ____
See attached letter. If dissatisfied with Second Level response, complete Section F below.
Interviewer: E. Gregory   Title: LT.   Signature: _____   Date completed: 12/26/19
Reviewer: J. GASTELO, WARDEN   Title: ____   Signature: _____
Date received by AC: JAN 2 8 2020

CMC APPEALS OFFICE

AC Use Only  
Date mailed/delivered to appellant: JAN 2 9 2020

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

I feel every issue I appealed I was violated with no remorse from Fouts, Farias or Knowlton. I was left with no dignity and the issues are still at hand. My whole appeal should have been granted.

Inmate/Parolee Signature: _____   Date Submitted: 1-29-2020

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)  Date: ____
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: ____
See attached Third Level response.

Third Level Use Only  
Date mailed/delivered to appellant: APR 2 0 2020

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

Inmate/Parolee Signature: _____   Date: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)                                                                                                  Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 2001346 | CMC-W | 19 - 03701 | 7 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Stills Johnny | BF7536 | 5-E-26up | |

A. Continuation of CDCR 602, Section A only (Explain your issue): Strip me of my clothes well I was in cuffs. I asked fouts if I could take off my own clothes and he said "no, IM either going to let them take them off or they'll be cut off me. So fairoos takes my clothes off well I was still cuffed. He started with my shoes, socks, pants and then underwear and then fouts ordered me to bend over and spread my butt cheeks well I was still cuffed and cough 3 times. Every bit of dignity was stripped from me as I was disrobed. I feel fouts took advantage of me because IM transgender he wanted me to be humiliate and left with no dignity. After the search was complete I went back to the dorm and spoke to fairoos and he said that he question fouts about why he made him search me like that and fouts said he does everyone like that. The DOM states in "52050.14, search policy.10 Avoidance of unnessary force, embarrassment or indignity to the person being search. That was broken. also 52050.16.3 unclothed body search shall be conducted in a safe manner and in an area that allow the inmate to preserve some measure of dignity and self-respect also 52050.16.5 correctional personnel other than qualified medical staff shall not conducted unclothed body inspections. Also in the title 15, 3391-1/a Employee conduct and 3401.5.F Staff sexual misconduct both rules were violated.

CMC APPEALS OFFICE
DEC 18 2019

REC BY OO
FEB - 3 2020

Inmate/Parolee Signature: Johnny Stills         Date Submitted: 12-9-19

B. Continuation of CDCR 602, Section B only (Action requested): _____

Inmate/Parolee Signature: _____        Date Submitted: _____

STATE OF CALIFORNIA  
INMATE/PAROLEE APPEAL FORM ATTACHMENT  
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

**BYPASS**

Inmate/Parolee Signature: _____  Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

Inmate/Parolee Signature: _____  Date Submitted: _____

State of California

Department of Corrections and Rehabilitat

Attachment C-1

# Memorandum

Date: January 9, 2020

To: Inmate STILLS, Johnny
BF7536, Facility B, Cell 4393
California Men's Colony (CMC)

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # CMC-W-19-03701
SECOND LEVEL RESPONSE**

**APPEAL ISSUE:**
You allege on November 29, 2019, California Men's Colony (CMC), Facility E, Correctional Sergeant D. Fouts and Correctional Officers A. Farias and J. Knowlton forcefully took your clothes off of you to conduct an unclothed body search while in handcuffs. You further allege staff took advantage of you due to you identifying as a transgender.

All issues unrelated to the allegation of staff misconduct must be appealed separately and will not be addressed in this response. You do not exhaust administrative remedies on any unrelated issue not covered in this response or concerning any staff member not identified by you in this complaint. If you are unable to name all involved staff you may request assistance in establishing their identity.

**DETERMINATION OF ISSUE:**
A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal is being processed as an Appeal Inquiry.

You were interviewed on December 26, 2019, by Correctional Lieutenant E. Gregory. During interview, you reiterated your written allegations, requested to continue the appeal, and submitted a signed Rights and Responsibility Statement (CDCR Form 1858). You claimed that all statements are true and accurate as written in the CDCR 602 submitted by you on December 9, 2019. You were asked if you had any applicable information or identified witnesses that would aide in conducting an inquiry into your allegations, to which you stated, "No." You had no additional information to provide and the interview was concluded.

Your appeal is partially granted in that the Appeal inquiry is complete. All issues have been reviewed and all issues were adequately addressed. You did not identify any witnesses.

The following information was reviewed as a result of your allegations of staff misconduct:

- Review of CDCR 602 Inmate / Parolee Appeal, CMC Appeal Log # CMC-W-19-03701
- Review of STILLS' Strategic Offender Management System (SOMS) & Electronic Records Management System (ERMS)

- Review of SOMS Rules Violation Report (RVR) Log # 6949407 – Possession of a Controlled Substance in an Institution
- Review of Report of Findings Videotaped Interview, conducted by CMC Lieutenant J. Browder on December 18, 2019, on STILLS
- Review of CDCR 3013-2 – Inmate Interview for Allegation Worksheet, authored by Lieutenant Browder, dated December 18, 2019
- Review of CDCR 3014 – Report of Findings – Inmate Interview, authored by Lieutenant Browder, dated December 18, 2019
- Review of CMC Telestaff Workforce Assignment Roster, for November 29, 2019
- Department Operations Manual (DOM), Section 52050.16.5 - Unclothed Body Search of Inmates
- DOM Section 52050.16.7 – Unclothed Body Searches of Transgender Inmates
- Interview of Inmate STILLS, Johnny (BF7536)
- Interview of Correctional Sergeant D. Fouts
- Interview of Correctional Officer A. Farias
- Interview of Correctional Officer J. Knowlton
- Review of CDCR Form 1858 – Rights and Responsibilities Statement

Staff did violate CDCR policy with respect to one or more of the issues appealed.

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.
- As such, the details of any inquiry will not be shared with staff, members of the public, or offender appellants.
- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.
- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's/Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

Print: E. GREGORY      Sign: _____ Date: 1/9/2020
Interviewer, Lieutenant

Print: J. GASTELO      Sign: _____ Date: 1/27/2020
Reviewing Authority, Warden

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 1858 (1/10)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code §148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A PEACE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THIS IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDING RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINTANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  Stills, Johnny | INMATE/PAROLEE'S SIGNATURE | CDCR NUMBER  BF7536 | DATE SIGNED  12/26/19 |
| RECEIVING STAFF'S PRINTED NAME  E. Gregory | RECEIVING STAFF'S SIGNATURE | DATE SIGNED  12/26/2019 | |

DISTRIBUTION:
ORIGINAL-
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDCR form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

Johnny Stills BF7536
P.O. Box 5244
Corcoran State Prison
Corcoran, CA 93212



Intake



```
UNITED STATES                                   Retail
POSTAL SERVICE.

P       US POSTAGE PAID
        $8.70        Origin: 92553
                     01/18/22
                     0551560555-04

        PRIORITY MAIL 1-DAY®

                              0 Lb 5.60 Oz
                                     1006

EXPECTED DELIVERY DAY: 01/19/22

                                     C032
SHIP
TO:
    255 E TEMPLE ST
    STE 134
    LOS ANGELES CA 90012-3309

            USPS TRACKING® #

        9505 5148 6777 2018 7808 24
```

Attention: Pro Se Clerk

United States district of california
255 E Temple St, Suite TS-134
Los Angeles, california 90012