1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHNNY STILLS,

         Plaintiff,

     v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

         Defendants.

Case No. CV 22-0444 MWF (RAO)

ORDER

Before the Court is the parties' Stipulation for Voluntary Dismissal With Prejudice.  The Stipulation is signed by Plaintiff Johnny Stills, proceeding *pro se*, and counsel for Defendants Fouts, Knowlton, and Farias.

IT IS THEREFORE ORDERED that:

1. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this entire action is dismissed with prejudice.

///

///

2.  Each party shall bear its own costs and attorneys' fees.

3.  The pending motion to compel is denied as moot, Dkt. No. 31, and the Report and Recommendation issued on January 27, 2023, Dkt. No. 34, is withdrawn.

**IT IS SO ORDERED.**

DATE: January 31, 2023



ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE